## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

**COURTNEY FONTENOT ET AL**          **CASE NO. 6:17-CV-01639**

**VERSUS**                                        **JUDGE DOUGHTY**

**HOLDEN PAUL LAFLEUR ET AL**          **MAGISTRATE JUDGE HANNA**

### MINUTES OF COURT:
### Motion Hearing

| | | | |
|---|---|---|---|
| Date: | September 20, 2018 | Presiding: Magistrate Judge Patrick J. Hanna | |
| Court Opened: | 9:30 a.m. | Courtroom Deputy: | Evelyn Alexander |
| Court Adjourned: | 9:44 a.m. | Court Reporter: | LaRae Bourque |
| Statistical Time: | :10 | Courtroom: | CR7 |

### APPEARANCES

| | | | |
|---|---|---|---|
| Carmen T Hebert and Joseph J Long | | For | Courtney Fontenot and Monica Fontenot, Plaintiffs |
| Monica Fontenot, Plaintiff | | | |

### PROCEEDINGS

The transcript of these proceedings is SEALED.

Case called for oral argument on **Motion to Withdraw Carmen T. Hebert, Stephen C. Carleton, Joseph J. Long as Attorney [9],** filed by **Courtney Fontenot, Monica Fontenot**.

Oral Motion to dismiss the claims of Monica Fontenot, without prejudice, heard.

For the reasons stated on the record, this Court finds that the motion to withdraw will be GRANTED. It will be the recommendation of this Court that the oral motion to dismiss be GRANTED.

An Order for plaintiff, Courtney Fontenot, to show cause by the Court will follow. Further, a separate report and recommendation on the oral motion to dismiss will follow.