# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

**COURTNEY FONTENOT, ET AL.**      **CIVIL ACTION NO. 6:17-CV-01639**

**VS.**      **JUDGE TERRY A. DOUGHTY**

**HOLDEN PAUL LaFLEUR, ET AL.**      **MAG. JUDGE PATRICK J. HANNA**

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Monica Fontenot's Motion to Dismiss [Doc. No. 12] is **GRANTED**. The claims of Plaintiff Monica Fontenot are **DISMISSED WITH PREJUDICE**.

MONROE, LOUISIANA, this 9th day of October, 2018.

 

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**