UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| COURTNEY FONTENOT, ET AL. | CIVIL ACTION NO. 6:17-cv-01639 |
| VERSUS | JUDGE DOUGHTY |
| HOLDEN PAUL LaFLEUR, ET AL. | MAGISTRATE JUDGE HANNA |

**REPORT AND RECOMMENDATION**

The plaintiffs in this lawsuit, Courtney Fontenot (individually and on behalf of her minor children RG and CG) and Monica Fontenot (individually and as the representative of the estate of DeJuan Guillory) initiated this lawsuit, seeking to recover damages for the allegedly wrongful death of DeJuan Guillory. On August 30, 2018, a motion to withdraw as counsel of record (Rec. Doc. 9) was filed by the plaintiffs' counsel, Joseph J. Long, Carmen T. Hebert, and Stephen C. Carleton.

This Court ordered Courtney Fontenot, Monica Fontenot, and their counsel to personally appear in court on September 20, 2018 to discuss the motion to withdraw and to explore the efforts made by the plaintiffs, if any, to retain substitute counsel. (Rec. Doc. 10). On September 20, 2018, Monica Fontenot appeared as ordered but Courtney Fontenot did not appear. Also present in court on that date were Mr. Long and Ms. Hebert. Monica Fontenot made an oral motion to dismiss the claim she had asserted in this case, and her claims were dismissed. (Rec. Docs. 13, 19).

Mr. Long stated that Courtney Fontenot had received notice that she was to appear in court on September 20, 2018, but had told him that she would not comply with the order mandating her presence. Monica Fontenot stated that she had no idea why Courtney Fontenot did not appear as ordered. This Court found that Mr. Long had provided to his clients and to the court all necessary information, and the motion to withdraw was granted. (Rec. Doc. 14).

This Court ordered Courtney Fontenot to personally appear in court on October 18, 2017; however, the order stated that her appearance would not be required if she retained counsel before that date but that her case would be dismissed if she did not retain counsel and then failed to appear as ordered. (Rec. Doc. 14). No one enrolled as counsel for Courtney Fontenot, and Courtney Fontenot did not advise this Court that she had retained counsel. Courtney Fontenot was served with notice of this Court's order, both by e-mail and also by certified mail. On September 27, 2018, she signed the card, indicating that she had received the certified letter sent by the Clerk of Court enclosing a copy of this Court's order. (Rec. Doc. 17). On October 18, 2017, she did not appear in court.

Fed. R. Civ. P. 41(b) states that if a plaintiff fails to prosecute her case or to comply with a court order, her claim may be dismissed. The record establishes that, after being properly served with two orders from this Court, Courtney Fontenot failed to comply with the orders of this Court that required her appearance in court.

Her failure to comply with these orders is a sufficient basis for dismissal of her claims. Accordingly,

IT IS RECOMMENDED that the claims asserted in this lawsuit by Courtney Fontenot, individually and on behalf of her minor children, should be DISMISSED WITH PREJUDICE.

Signed at Lafayette, Louisiana on this 18th day of October 2018.

_____
PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE