# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

**COURTNEY FONTENOT, ET AL.**     **CIVIL ACTION NO. 6:17-cv-01639**

**VERSUS**     **JUDGE TERRY A. DOUGHTY**

**HOLDEN PAUL LaFLEUR, ET AL.**     **MAG. JUDGE PATRICK J. HANNA**

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the claims asserted in this lawsuit by Courtney Fontenot, individually and on behalf of her minor children, are **DISMISSED WITHOUT PREJUDICE**, consistent with the report and recommendation.

Monroe, Louisiana, this 2nd day of November, 2018.

 

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**